JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY M. WILHELM, as an individual and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEMPER SPORTS MANAGEMENT, LLC, a Delaware Limited Liability Company; KEMPER SPORTS MANAGEMENT HOLDINGS, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-00501- SRM-DFM<br><br>Assigned to Honorable Serena R. Murillo Courtroom 9B<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING REMAND TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>Action Filed:      January 30, 2024 (state)<br>Action Removed:  March 7, 2024<br>Trial Date:            Not set |

# ORDER

Having considered the Parties' Joint Stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. This action entitled *Wilhelm v. Kemper Sports Management LLC., et al* (No. 8:24−cv−00501− SRM−DFM) is **REMANDED** to Superior Court of the State of California, County of Orange.
2. All future dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: March 13, 2025

Honorable Serena R. Murillo
UNITED STATES DISTRICT JUDGE